# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 1 4 1999

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-99-3867 |
| | § | (Claim Nos.: 113842/113844) |
| KATHY V. TURNER, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING SUBSTITUTED SERVICE

USA's Motion for Substituted Service to serve Defendant Turner is granted.

Service of the summons with the complaint attached will be made on Turner by securely

posting the summons and complaint on the front door of Turner's usual place of abode at 10422

Rosehaven, Houston, Harris County, Texas, or by leaving it with someone 21 years of age or older,

and by sending it regular mail to debtor.

Signed Dec. 14 , 1999, at Houston, Texas.

Hon. Lynn N. Hughes
United States District Judge

APPROVED:

By: _____

M. H. Cersonsky, TBA 04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
Attorney for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

3