| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
*Plaintiff* §
§ C.A. __H-99-3867__
*versus* § (Claim: 113842/113844)
§
§ UNITED STATES DISTRICT COURT
KATHY V. TURNER, § SOUTHERN DISTRICT OF TEXAS
§ ENTERED
*Defendant* § JAN 5 2000

## Default Judgment

Michael N. Milby, Clerk

Because KATHY V. TURNER failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from KATHY V. TURNER:

1. <u>Claim 113842</u>:

|   |   |   |
|---|---|---|
| A. | Principal: | $ 1,347.13 |
| B. | Total Interest Accrued as of the date of the Certificate of Indebtedness (March 1-, 1999) and daily accrual of $ 0.30 per diem to the date of judgment: | $ 160.80 |
| C. | Administrative Charges/Costs/Penalties: | $ 0.00 |
| D. | Attorney's fees: | $ 550.00 |
| E. | Total Owed - Claim 113842: | $ 2,360.09 |

2. <u>Claim 113844</u>:

|   |   |   |
|---|---|---|
| A. | Principal: | $ 4,705.68 |

-1-

B.     Total Interest Accrued as of the date of the Certificate of Indebtedness (March 1-, 1999) and daily accrual of $ 1.10 per diem to the date of judgment:     $ 948.33

C.     Administrative Charges/Costs/Penalties:     $ 0.00

D.     Attorney's fees:     $ 550.00

E.     Total Owed - Claim 113844:     <u>$ 6,948.49</u>

F.     MINUS payments pursuant to IRS Offset after date of the Certificate of Indebtedness     $ 2,404.00

Total Owed (Claim 113842 + 113844)     <u>$ 6,904.58</u>

The Total Owed is after credits of $ 1,369.00 plus the sum in paragraph G.

Pre-judgment interest will accrue at the rate of 8.00% per annum being $ 0.30 per day to the date of judgment on 113842, and at the rate of 8.53 per annum being $1.10 to the date of judgment on 113844, and post-judgment interest at _5.957_ % per annum.

Date: _Jan. 5, 2000_.

_____
Lynn N. Hughes
United States District Judge